**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Irina Vladimirovna Astafieva, | NO. C 06-04820 JW |
| Plaintiff, | **ORDER RESCHEDULING HEARING ON NATURALIZATION APPLICATION** |
| v. | |
| Alberto Gonzales, et al., | |
| Defendants. | |

On the Court's own motion, the hearing on Plaintiff's Naturalization Application currently set for January 22, 2007 at 9 AM. is rescheduled to **Thursday, January 25, 2007 at 9 A.M.**

Dated:  January 9, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Angela Dee Bortel abortel@youradvocate.net
Christopher Anthony Kerosky ckerosky@youradwokat.com
Edward A. Olsen edward.olsen@usdoj.gov
Ila Casy Deiss ila.deiss@usdoj.gov

Dated: January 9, 2007                            Richard W. Wieking, Clerk

                                                  By:   /s/ JW Chambers
                                                        Elizabeth Garcia
                                                        Courtroom Deputy