SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

*[DENIED — Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRINA VLADIMIROVNA ASTAFIEVA, | ) No. C 06-4820 JW (PVT) |
| Plaintiff, | ) **ORDER DENYING STIPULATION AS MOOT** |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Irina Vladimirovna Astafieva and remaining Defendant Michael Chertoff, Secretary of the Department of Homeland Security, by and through his attorneys of record as follows:

1. Pending with the Court is Plaintiff's motion for fees under the Equal Access to Justice Act and Defendant's Motion to reconsider.

2. On September 20, 2007, the Court vacated the hearing date on the motions and took the motions under submission.

3. The parties are very close to reaching a compromise settlement and respectfully ask that the Court hold this case in abeyance for 30 days in order to allow the parties to resolve the case without further litigation.

///

Stipulation to Hold Case In Abeyance
C06-4820 JW (PVT)

| | |
|---|---|
| Dated: September 21, 2007 | /s/<br>CHRISTOPHER KEROSKY<br>Attorney for Plaintiff |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| Dated: September 21, 2007 | /s/<br>ILA C. DEISS<br>Assistant United States Attorney |

## **ORDER**

Since the parties have filed a Stipulation and Proposed Order Approving Compromise Settlement, this Stipulation is DENIED as moot.

Dated: October 22, 2007

JAMES WARE
United States District Judge

Stipulation to Hold Case In Abeyance
C06-4820 JW (PVT)                    2