JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRINA VLADIMIROVNA ASTAFIEVA, | No. C 06-4820 JW |
| Plaintiff, | STIPULATION TO DISMISS; AND [PROPOSED] ORDER |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, | |
| Defendant. | |

The Plaintiff, by and through her attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, that the above-entitled action shall be dismissed in its entirety, with prejudice, for all parties and claims asserted in the above-captioned action. Plaintiff's counsel acknowledges satisfactory receipt of the agreed-upon sum of Three Thousand Dollars and no cents ($3,000.00) from Defendant as agreed to in the Stipulation and Agreement of Compromise signed by the Parties on September 25, 2007 and ordered by the Court on October 22, 2007.

///

///

///

Stipulation to Dismiss
C06-4820 JW

Dated: January 14, 2008

/s/
CHRISTOPHER KEROSKY
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 2, 2008

/s/
ILA C. DEISS
Assistant United States Attorney

**ORDER**

SO ORDERED.

Dated: January 22, 2008

*James Ware* (signature)
JAMES WARE
United States District Judge

Stipulation to Dismiss
C06-4820 JW                              2